# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Equity Planning Corporation,** | **Case No. 1:20-cv-01204** |
| **Plaintiff,** | |
| -vs- | |
| | **JUDGE PAMELA A. BARKER** |
| **Westfield Insurance Company,** | |
| **Defendant.** | **ORDER** |

This matter was removed to this Court on June 1, 2020. For the convenience of the Court, and by no later than June 15, 2020, the parties are directed to refile herein any motions that were previously filed in state court and which remained pending at the time of removal.

**IT IS SO ORDERED.**

                                                               *s/Pamela A. Barker*
                                                               PAMELA A. BARKER
Date: June 2, 2020                                    U. S. DISTRICT JUDGE