# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **EQUITY PLANNING CORPORATION** | **CASE NO. 1:20-cv-01204** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **WESTFIELD INSURANCE COMPANY,** | **JUDGMENT ENTRY** |
| **Defendant.** | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 5) is GRANTED. The case is hereby TERMINATED.

**IT IS SO ORDERED.**

Dated: February 26, 2021

*s/Pamela A. Barker*
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE